No. 00–1403.  GURLEY v. MILLS, TRUSTEE.  C. A. 11th Cir. Certiorari denied.

No. 00–1422.  KROGER CO. v. KANSAS DEPARTMENT OF REVENUE.  Sup. Ct. Kan.  Certiorari denied.

No. 00–1425.  CAMBIANO v. LIGON, EXECUTIVE DIRECTOR, ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT.  Sup. Ct. Ark.  Certiorari denied.

No. 00–1439.  WILLIS v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO., AKA BURLINGTON NORTHERN SANTA FE.  C. A. 5th Cir.  Certiorari denied.

No. 00–1450.  JON-NWAKALO v. DORMITORY AUTHORITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1451.  PEIA v. UNITED STATES ET AL.  C. A. 9th Cir. Certiorari denied.

No. 00–1493.  BAILEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–1501.  MANNA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–1533.  SALERNO v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–5522.  WHITE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–6026.  ALLEN v. CRABTREE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–6033.  ALLEN v. CRABTREE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–6034.  ALLEN v. CRABTREE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–6333.  FRANKLIN v. HIGHTOWER, WARDEN, ET AL. C. A. 11th Cir.  Certiorari denied.